IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50112
Conference Calendar
_____

TOMMY LEE JACKSON,

Plaintiff-Appellant,

versus

THOMAS VANNOY, Chief of Police;
JOHN PALAMARA; J. SCHARF,
Police Officer,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-93-CV-227
- - - - - - - - - - -
April 18, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Tommy Lee Jackson appeals from the district court's denial of his FED. R. CIV. P. 60(b)(6) motion. We have reviewed the record and Jackson's contentions and discern no error by the district court. *See Jackson v. Vannoy*, No. W-93-CA-227 (W.D. Tex. Jan. 30, 1996). Jackson's appeal presents arguments determined against him in his previous appeal. *Jackson v. Vannoy*, 49 F.3d 175, 177 (5th Cir.), *cert. denied*, 116 S. Ct. 148

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

(1995).  This appeal is DISMISSED as frivolous.  5th Cir. R. 42.2.

We caution Jackson that the filing of frivolous appeals in this court will invite the imposition of sanctions.  To avoid sanctions, Jackson is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.  Because of the disposition of the appeal, Jackson's motions for substitution of parties, a transcript and documents, and additional parts of the record are moot and they are denied as such.

APPEAL DISMISSED; ALL OUTSTANDING MOTIONS DENIED; SANCTIONS WARNING ISSUED.